UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MARGARITA VAN BUREN,

Plaintiff,

vs.                                             Case No.: 10-23175-CIV-Moreno/Tornes

ENHANCED RECOVERY
COMPANY, LLC,

Defendant.
_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
## WITH PREJUDICE

Having amicably resolved all matters in controversy and pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), Plaintiff voluntary dismisses this action with prejudice.

Dated: September 29, 2010                Respectfully submitted,

                                         /s Andrew I. Glenn
                                         Andrew I. Glenn
                                         E-mail: AGlenn@cardandglenn.com
                                         Florida Bar No.: 577261
                                         J. Dennis Card, Jr.
                                         E-mail: DCard@cardandglenn.com
                                         Florida Bar No. 0487473
                                         Card & Glenn, P.A.
                                         2501 Hollywood Boulevard, Suite 100
                                         Hollywood, Florida 33020
                                         Telephone: (954) 921-9994
                                         Facsimile: (954) 921-9553
                                         Attorneys for Plaintiff