UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 10-23175-CIV-MORENO

MARGARITA VAN BUREN,

    Plaintiff,

vs.

ENHANCED RECOVERY COMPANY, LLC,

    Defendant.
_____/

CLOSED CIVIL CASE

## FINAL ORDER OF DISMISSAL

THIS CAUSE came before the Court upon Plaintiff's Notice of Voluntary Dismissal with Prejudice **(D.E. 4)**, filed **September 29, 2010**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that this Cause is **DISMISSED** with prejudice, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(ii).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2010.

_____
FEDERICO A. MORENO
CHIEF UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record